AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

Federal Trade Commission,

    Plaintiff,

v.

Complete Merchant Solutions, LLC;
Jack Wilson in his individual capacity and as a former officer of Complete Merchant Solutions,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-00864-HCN

IT IS ORDERED AND ADJUDGED

**1**. That judgment is entered in favor of plaintiff Federal Trade Commission in the amount of $1,500,000.

**2**. That permanent injunctive relief is entered in favor of plaintiff Federal Trade Commission.

**3**. That this Court retains jurisdiction of this matter for purposes of construing, modifying, and enforcing the permanent injunction.

December 29, 2020
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge